Dismissed on motion of counsel for appellant. *Solicitor General Fahy* for the United States. *Mr. Robert S. Marx* for the Kroger Grocery & Baking Co. et al., and *Mr. Robert N. Gorman* for the Mutual Bottle Exchange et al., appellees.

No. 697. JACKSON ET AL. *v.* GULF REFINING CO. ET AL.

March 8, 1943. Dismissed on motion of counsel for the petitioners. *Mr. Aubrey M. Pyburn* for petitioners.

No. 705. SAUNDERS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.

March 15, 1943. Dismissed on motion of counsel for petitioner. *Mr. W. H. Harris* for petitioner.

No. 626. UNITED STATES *v.* RADIO CORPORATION OF AMERICA ET AL.

April 5, 1943. Dismissed on motion of counsel for the appellant. *Solicitor General Fahy* for the United States. *Messrs. John T. Cahill* and *Frederick H. Wood* for appellees.

No. 238. MARTIN *v.* CITY OF STRUTHERS. See *ante,* p. 739.

No. 280, October Term, 1941. JONES *v.* CITY OF OPELIKA;